**Order entered March 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01710-CR

**ERRINGTON CHARLES HATCH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F-1159284-K**

## ORDER

The State's motion to extend the time for filing a brief is **GRANTED**. The State's brief,

received on March 16, 2015, is **ORDERED** filed as of the date of this order.


/s/      DAVID L. BRIDGES
           PRESIDING JUSTICE